IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41483
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDWARD MICHAEL MAY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-444-1
--------------------
August 21, 2002

Before  HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Edward May has requested leave
to withdraw as counsel and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  May has filed a pro
se response.  Our independent review of the record, counsel's
brief, and May's response discloses no nonfrivolous issue.
Accordingly, counsel's motion to withdraw is GRANTED.  Counsel is
excused from further responsibilities, and the appeal is
DISMISSED.  See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.